THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. MULLEN, Appellant. [845 NYS2d 210]—Appeal from a

judgment of the Monroe County Court (Richard A. Keenan, J.), rendered December 10, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree and attempted manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.